## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SA CV 11-1220-DOC | Date January 18, 2011 |
| Title Jacob Ali Zepeda -v- Amrane Cohen, et al. | |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| D. Beard for Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:   IN CHAMBERS

    The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **February 1, 2012** why this action should not be dismissed for lack of prosecution.

    This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules. Counsel is advised that the Court will consider the filing of the following documents in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

  __X__   Certificate of Readiness

  ____    Reporter's transcript has not been filed

  ____    Appellant's opening brief

  ____    Appellee's opening brief

  ____    Appellant's reply brief

    If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

                                                                                                                   :   00

                                                                              Initials of Preparer    db for jb

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**